# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Criminal Action |
| vs. ) | |
| ) | No. 10-10166-02-JTM |
| **DUSTIN S. WHITTAKER,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## SUPERSEDING INFORMATION

The United States Attorney charges:

### COUNT 1
### POSSESSION OF COUNTERFEIT
### OBLIGATIONS AND SECURITIES
### 18 U.S.C. 472

On or about August 30, 2010, in the District of Kansas,

**DUSTIN S. WHITTAKER**,

the defendant herein, with intent to defraud, did keep in his possession, counterfeited, falsely made, forged or altered obligations ten, twenty and fifty dollar Federal Reserve Notes, to wit:

(2) Ten Dollar Federal Reserve Notes Serial Number GG8806256A;

    (1) Ten Dollar Federal Reserve Note Serial Number IJ26116654A;

    (1) Ten Dollar Federal Reserve Note Serial Number IK8452543A;

    (5) Twenty Dollar Federal Reserve Notes Serial Number GD72136879A; and

    (2) Fifty Dollar Federal Reserve Notes Serial Number 1B58963825B.

which he then knew to be falsely made, forged and counterfeited.

    In violation of Title 18, United States Code, Section 472.

                                          BARRY R. GRISSOM
                                          United States Attorney

                                          s/David M. Lind
                                          DAVID M. LIND
                                          Assistant U.S. Attorney
                                          301 N. Main, Suite 1200
                                          Wichita, Kansas 67202
                                          (316) 269-6481
                                          KS S.Ct. 12106
                                          david.lind@usdoj.gov