IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
CRIMINAL DEPARTMENT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 10-10166-02-JTM |
| | ) | |
| DUSTIN WHITTAKER, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

Attorney Douglas L. Adams, Jr., Kansas Bar No. 16092, enters his appearance of record and notifies this Court that he will act as counsel for the Defendant, DUSTIN WHITTAKER, in the above-entitled matter, on the currently pending supervised release violation.

Respectfully submitted,

 s/ Douglas L. Adams, Jr.
Douglas L. Adams, Jr.
Attorney for the Defendant
200 North Broadway St., Suite 300
Wichita, Kansas 67202
(316) 264-0100

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was delivered to the United States Attorney's Office on this 13th day of November, 2012, through the electronic filing procedures of United States District Court.

s/ Douglas L. Adams, Jr.
Douglas L. Adams, Jr.