UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| vs. | } | No. 10-10166-02 |
| | } | |
| DUSTIN STEWART WHITTAKER, | } | |
| | } | |
| Defendant. | } | |

NOTICE

TAKE NOTICE that the above-entitled case has been **set** for **revocation hearing** on **Friday, November 16, 2012,** at **9:30 a.m.** at the United States Courthouse, Room 238, Wichita, Kansas, before the Honorable J. Thomas Marten.

DATED this 14th day of November, 2012.

                                            TIMOTHY M. O'BRIEN
                                            Clerk of Court

                                      By  s/ S. Smith
                                                 (3l6) 315-4306

To:   Mr. David Lind
        Mr. Doug Adams
        U.S. Marshal's Service
        U.S. Probation Office